UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES DREDGING CORPORATION,      :

                    Plaintiff,

    -against-                            **AFFIDAVIT OF SERVICE**

ONE BEARD STREET, LLC,

                    Defendant.      :
----------------------------------------------------------------X

STATE OF NEW YORK   )
                          ) ss.
COUNTY OF NEW YORK  )

    DAVID L. FOUNTAINE, being duly sworn, deposes and says:

    On April 28, 2005, served the within Summons and Complaint and Civil Coversheet upon defendant, One Beard Street, LLC, by delivering a true copy to:

                Angela Solomon
                CT Corporation Services
                111 Eight Avenue
                New York, New York 10001

    Angela Solomon is a black woman, approximately 33-40 years of age, dark skinned, approximately 5'5" to 5'5" tall, approximately 130-145 pounds.

                                                _____
                                                 DAVID L. FOUNTAINE

Sworn to before me on this
26 day of April, 2005.

_____
NOTARY PUBLIC

WILLIAM H. ROTH
NOTARY PUBLIC, State of New York
No. 02RO6094564
Qualified in New York County
Commission Expires June 23, 2007