UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES DREDGING CORPORATION,

                Plaintiff,

    - v -

ONE BEARD STREET, LLC,

                Defendant.
------------------------------------------------------------x

**ORDER**

CV-05-2046  (SLT)(VVP)

      The defendant's letter motion to extend time to respond to the complaint is granted in part and denied in part, such that the deadline to respond is extended to May 25, 2005.

      A conference in this action will be held on **May 26, 2005 at 4:00 p.m.**  Counsel are directed to report to Room 519 of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York for the conference.

                                                **SO ORDERED:**

                                                *Viktor V. Pohorelsky*

                                                VIKTOR V. POHORELSKY
                                                United States Magistrate Judge

Dated:       Brooklyn, New York
               May 17, 2005