# MOSES & SINGER LLP

1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6076
WWW.MOSESSINGER.COM

JAY R. FIALKOFF
DIRECT DIAL: 212.554.7850
EMAIL: jfialkoff@mosessinger.com

212.554.7800
FACSIMILE: 212.554.7700

May 18, 2005

**ECF FILING**

Magistrate Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States Dredging Corporation v. One Beard Street, LLC
             Docket No. 05CV2046(SLT)

Dear Magistrate Pohorelsky:

      I am in receipt of yesterday's Order calling for a conference on May 26, 2005 at 4:00 P.M. I have a State Court appearance in Supreme Court, New York County at 2:30 P.M., which may not conclude until 4:00 P.M. Accordingly, I would respectfully request that the conference commence at 4:30 P.M. If that presents a problem, I am available for the conference on Friday morning as well.

                                      Very truly yours,

                                      Jay R. Fialkoff

JRF/df
Cc:    Wechsler & Cohen, LLP

462192v1 009828.0101