# MOSES & SINGER LLP

1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6076
WWW.MOSESSINGER.COM

JAY R. FIALKOFF
DIRECT DIAL: 212.554.7850
EMAIL: jfialkoff@mosessinger.com

212.554.7800
FACSIMILE: 212.554.7700

May 19, 2005

**ECF FILING**
Magistrate Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States Dredging Corporation v. One Beard Street, LLC
              Docket No. 05CV2046(SLT)

Dear Magistrate Pohorelsky:

    This letter is being submitted at the request of your clerk and to supplement my prior application that the conference currently scheduled for May 26, 2005 at 4:00 P.M. be re-scheduled to commence at 4:30 P.M. or, alternatively, to re-schedule the conference for Friday morning (5/27/05). Since my letter to you, dated May 18, 2005, plaintiff's counsel has consented to my request and is available at either 4:30 P.M. on May 26th or the following morning.

    Thank you for your consideration.

                              Respectfully submitted,

                              Jay R. Fialkoff

JRF/df
Cc:    Wechsler & Cohen, LLP
        116 John Street, 33rd Floor
        New York, NY 10038

462335v1 009828.0101