Case 1:05-cv-02046-SLT-VVP   Document 11   Filed 09/29/05   Page 1 of 1 PageID #: 30
/03/2005 07:53 FAX 212 847 7855   WECHSLER & COHN LLP                              ☒002
Case 1:05-cv-02046-SLT-VVP   Document 10   Filed 06/03/2005   Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES DREDGING
CORPORATION

           Plaintiff,

-against-

ONE BEARD STREET, LLC

           Defendant.

Civil Action No.
05 Civ. 2046

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D. N.Y.
SEP 29 2005
TIME A.M.
P.M.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for plaintiff, UNITED STATES DREDGING CORPORATION and defendant ONE BEARD STREET, LLC, all the parties that have appeared in this action, that this action is dismissed with prejudice and without costs to either party.

Dated: New York, New York
       June 2, 2005

MOSES & SINGER LLP
By: _____
Jay R. Fialkoff (JF4992)
Attorneys for Defendant
1301 Avenue of the Americas
New York, New York 10019-6076
(212) 554-7800

WECHSLER & COHN, LLP
By: _____
William Roth (WR-8264)
*Attorneys for Plaintiff*
116 John Street, 33rd Floor
New York, New York 10016

So O
9/27/05